ACCEPTED
01-15-00002-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 11:18:44 AM
CHRISTOPHER PRINE
CLERK

## NO. 2014-09053

| | | |
|---|---|---|
| **CLELIA DE LA CRUZ** | § | **IN THE DISTRICT COURT** |
| | § | 1st COURT OF APPEALS |
| **v.** | § | **245TH JUDICIAL DISTRICT** |
| | § | |
| **JOSE LUIS DURAN** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 11:18:44 AM
CHRISTOPHER A. PRINE
Clerk

### ORDER GRANTING NONSUIT

On_____ the Court received the Notice of Nonsuit of CLELIA DE

LA CRUZ and ORDERS this case dismissed without prejudice to CLELIA DE LA CRUZ's

right to refile it.  All costs incurred are taxed against each party, for which let execution issue if

not paid.

SIGNED on _____.


_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

**Hegwood & Associates, P.C.**


By:_____
Becca Weitz
State Bar No. 24087494
Kimberly A. Hegwood
State Bar No. 00798248
950 Gemini, Suite 6
Houston, TX 77058
Tel: (281) 218-0880
Fax: (281) 938-1785
*Attorney for Appellant*